| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SCOTT J. FERRELL, ESQ., Bar #202091<br>CALL JENSEN & FERRELL APC<br>610 NEWPORT CENTER DRIVE<br>SUITE 700<br>NEWPORT BEACH, CA 92660 | | |
| Telephone No: (949) 717-3000   FAX No: (949) 717-3100 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Southern District Of California

*Plaintiff:* ZACHARY HALLSTROM
*Defendant:* ARTHUR MIDDLETON CAPITAL HOLDING

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>10CV1177 JAH AJB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK.

3. a. Party served:     Arthur Middleton Capital Holdings
   b. Person served:   Monica Fredmonski, Person Authorized By The Corporation to Receive Service of Process. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   8000 Freedom Avenue NW
   North Canton, OH 44720

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 18, 2010 (2) at: 1:50PM

7. **Person Who Served Papers:**
   a. MARK BERUS

   First Legal
   301 Civic Center Drive West
   Santa Ana, CA 92701
   Telephone  (714) 541-1110
   Fax        (714) 541-8182
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:   $270.00
   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Jun. 18, 2010

   (MARK BERUS)

   9212155;kc.scofe.298053

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS